## FIRST NATIONAL BANK OF CEDAR RAPIDS v. BEESON.

TAX SALE: REDEMPTION.

*Appeal from Tama Circuit Court.*

FRIDAY, JUNE 14.

ACTION to redeem from tax sales two lots in Tama City. The petition sets up that the fee simple title to the property is in the plaintiff, and that the defendant claims title under tax deeds which are alleged to be void, and

that the plaintiff is entitled to redeem from the tax sales upon which the deeds were executed, and prays that the plaintiff may be permitted to redeem from the tax sales. There was a decree for plaintiff. Defendant appeals.

*Struble & Goodrich*, for appellant.

*Hubbard, Clark & Deacon*, for appellee.

ADAMS, J.—The essential facts in this case, so far as the question of the validity of the deeds is concerned, are the same as those in *Robinson v. The First National Bank of Cedar Rapids, ante*, p. 354. The lots in question in the two cases are in the same block, and were sold for taxes under the same circumstances, and at the same sales. In the case of *Robinson v. The First National Bank of Cedar Rapids*, the deeds were held to be valid. For the same reason the deeds in this case must be held to be valid.

REVERSED.